ORIGINAL COMPLAINT WAS RETURNED TO COUNSEL PER COURT ORDERS DATED MARCH 4, 2010, DOCKET ENTRIES NUMBER 10 AND 11.